Argued and submitted June 13, reversed and remanded August 10, 1994

## STATE OF OREGON,
*Appellant,*

*v.*

## CHRIS J. BEGLERIES,
*Respondent.*

(93-7166; CA A81765)

877 P2d 1240

Douglas F. Zier, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Stephen L. Roman argued the cause for respondent. With him on the brief was Zafiratos & Roman.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Mealer*, 129 Or App 456, 879 P2d 230 (1994).